# **Exhibit A**

[Proposed Order]

119654302_1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth Academy, | : | Case No. 17-14463 (AMC) |
| | : | |
| Debtor. | : | (Joint Administration Requested) |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth CUA 5, LLC, | : | Case No. 17- 14466 (AMC) |
| | : | |
| Debtor. | : | (Joint Administration Requested) |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth CUA 10, LLC, | : | Case No. 17- 14467 (AMC) |
| | : | |
| Debtor.[1] | : | (Joint Administration Requested) |
| | : | |

## ORDER AUTHORIZING ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to assume certain executory contracts; it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having reviewed the Motion and having considered the statements of counsel and evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) and it appearing that venue of this

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Wordsworth Academy (9031); Wordsworth CUA 5, LLC (0983); and Wordsworth CUA 10, LLC (5980). Wordsworth Academy has an address at 3300 Henry Ave., Philadelphia, PA 19129.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409 and (d) due and proper notice of this Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED**:

1. The Motion is granted in its entirety.

2. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

3. The Debtors are authorized to assume the Transition Management Agreement between Public Health Management Corporation and Debtor, Wordsworth Academy, and the Transition Management Agreement between Turning Points for Children and Debtors, Wordsworth CUA 5, LLC and Wordsworth CUA 10, LLC, effective as of the Petition Date.

4. The Debtors have demonstrated adequate assurance of future performance and, by payment of the Cure Amounts, shall have satisfied the requirements of section 365(b)(1) of the Bankruptcy Code.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: July __, 2017        _____
       Philadelphia, Pennsylvania
                                      United States Bankruptcy Judge

119654302_1