**Fill in this information to identify the case:**

**Debtor name:** Wordsworth Academy, et al.

**United States Bankruptcy Court for the:** Eastern District of Pennsylvania

**Case number (if known):** 17-_____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis   12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A SECOND CHANCE, INC. ATTN: JASON MILLER 8350 FRANKSTOWN AVENUE PITTSBURGH PA 15221 | Dr. Sharon McDaniel sharonm@asecondchance-kinship.com 412-342-0600; 412-342-0713 | Trade Payables | ☐ C ☑ U ☐ D | | | $1,742,297.00 |
| 2 | LIST ASSOCIATES, L.P. c/o STONEHENGE ADVISORS, INC. BLDG M-7, SUITE 400 PHILADELPHIA PA 19112 | Fran Donato fran@cap-sol.com 215-540-0505; 215-320-3777 | Trade Payables - Rent | ☐ C ☐ U ☐ D | | | $723,923.65 |
| 3 | CHILD FIRST SERVICES 718 ARCH STREET 5N PHILADELPHIA PA 19106 | Nathaniel Williams presceo@childfirstservices.org | Trade Payables | ☐ C ☑ U ☐ D | | | $643,107.00 |
| 4 | GEORGE JUNIOR REPUBLIC 233 George Junior Rd P. O. box 1058 Grove City PA 16127 | Richard Losasso rlosasso@georgejuniorrepublic.org | Trade Payables | ☐ C ☑ U ☐ D | | | $623,223.00 |
| 5 | CATHOLIC SOCIAL SRVS 222 N. 17TH STREET PHILADELPHIA PA 19103 | James Black jblack@CHS-ADPHILA.ORG | Trade Payables | ☐ C ☑ U ☐ D | | | $565,696.00 |
| 6 | WOODS SERVICES PO BOX 36 LANGHORNE PA 19047 | Neil Jones njones@woods.org 215-750-4285 | Trade Payables | ☐ C ☑ U ☐ D | | | $461,147.00 |
| 7 | DELTA COMMUNITY SUPPORTS 1777 SENTRY PARKWAY WEST GWYNEDD HALL- SUITE 400 BLUE BELL PA 19422-2211 | David Wyher dwyher@deltaweb.org 215-654-1000 Ext.125 | Trade Payables | ☐ C ☑ U ☐ D | | | $421,012.30 |
| 8 | CHILDREN'S CHOICE, INC. 211 BENIGNO BLVD BELLMAWR NJ 08031 | Dr. Carolyn Eberwein ceberwein@childway.org 856-754-0914 | Trade Payables | ☐ C ☑ U ☐ D | | | $355,146.00 |

Debtor    **Wordsworth Academy, et al.**                                    Case number *(if known)* **17-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | DEVEREUX FOUNDATION P.O. BOX 8538-122 PHILADELPHIA PA 19171 | Cindy Beegle cbeegle@devereux.org | Trade Payables | ☐ C ☑ U ☐ D | | | $350,247.00 |
| 10 | JEWISH FAMILY & CHILDREN'S SERVICE 2100 ARCH STREET PHILADELPHIA PA 19103 | Paula Goldstein pgoldstein@jfcsphilly.org 267-256-2101; 267-256-2050 Ext. 5000 | Trade Payables | ☐ C ☑ U ☐ D | | | $274,191.00 |
| 11 | FIRST HOME CARE 833 E. Butler ave Doylestown PA 18901 | Dr. Gina Fusco gina.fusco@uhsinc.com 215-345-0444 Ext.126 | Trade Payables | ☐ C ☑ U ☐ D | | | $220,167.00 |
| 12 | NORTHEAST TREATMENT CENTERS INC. 499 N. 5TH STREET PHILADELPHIA PA 19123 | Kevin Noel - CFO kevin.noel@net-centers.org 215-451-7159 | Trade Payables | ☐ C ☑ U ☐ D | | | $188,747.00 |
| 13 | VALLEY YOUTH HOUSE 827-829 LINDEN STREET ALLENTOWN PA 18101 | Thomas Harrington tharrington@valleyyouthhouse.org | Trade Payables | ☐ C ☑ U ☐ D | | | $188,613.00 |
| 14 | CARSON VALLEY CHILDREN'S AID 1419 BETHLEHEM PIKE FLOURTOWN PA 19031 | Diane Kiddy dkiddy@cvca-pa.org | Trade Payables | ☐ C ☑ U ☐ D | | | $187,837.00 |
| 15 | STAFFING PLUS, INC. 551 WEST LANCASTER AVENUE SUITE 202 4TH FLOOR HAVERFORD PA 19041 | Anne Haley ahaley@staffingplus.com 610-526-6746; 610-526-6746 | Trade Payables | ☐ C ☑ U ☐ D | | | $178,238.00 |
| 16 | Pradera Corporation 4301 Rising Sun Ave PHILADELPHIA PA 19140 | Nilda Ruiz nilda.ruiz@apmphila.org | Trade Payables | ☐ C ☑ U ☐ D | | | $144,824.00 |
| 17 | TABOR CHILDREN'S SERVICES 601 NEW BRITAIN RD DOYLESTOWN PA 18901 | Larry Buchholz - CFO larry.buchholz@tabor.org 215-842-4800 Ext. 402 | Trade Payables | ☐ C ☑ U ☐ D | | | $137,263.00 |
| 18 | PROGRESSIVE LIFE CENTER, INC 1704 17TH ST.NE WASHINGTON DC 20002 | Laurence Jackson Laurence.jackson@plcntu.org | Trade Payables | ☐ C ☑ U ☐ D | | | $135,403.00 |
| 19 | VISIONQUESTNEW PO BOX 536513 PITTSBURGH PA 15253-5907 | Beth Ann Rosica beth.rosica@vq.com | Trade Payables | ☐ C ☑ U ☐ D | | | $133,832.00 |
| 20 | BETHANNA 1030 Second Street Pike Southampton PA 18966 | Ron Singer - CFO rsinger@bethanna.org | Trade Payables | ☐ C ☑ U ☐ D | | | $119,891.00 |

Debtor    **Wordsworth Academy, et al.**                                                                                   Case number *(if known)* **17-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | NORTHERN CHILDREN'S SERVICES 5301 RIDGE AVE PHILADELPHIA PA 19128 | Renata Cobbs-Fletcher rcobbsfletcher@northernchildren.org | Trade Payables | ☐ C ☑ U ☐ D | | | $103,021.00 |
| 22 | US MEDICAL STAFFING, INC C/O WELLS FARGO BUSINESS CREDIT P O BOX 60839 CHARLOTTE NC 28260 | Eric Matzkin, CEO ematzkin@usmedicalstaffinginc.com 215-664-3200 | Trade Payables | ☐ C ☑ U ☐ D | | | $85,477.00 |
| 23 | FRIENDSHIP HOUSE 1509 MAPLE STREET SCRANTON PA 18505 | Alex Hazzouri ahazzouri@friendshiphousepa.org 570-342-8305 | Trade Payables | ☐ C ☑ U ☐ D | | | $71,542.00 |
| 24 | THE VILLA 1500 Market Street 15 th Floor PHILADELPHIA PA 19102 | Michael Ogden mogden@phmc.org | Trade Payables | ☐ C ☑ U ☐ D | | | $68,625.00 |
| 25 | FMA PROFESSIONAL RESOURCES,INC 1916 OLD YORK ROAD ABINGTON PA 19001 | Anne Robertson arobertson@fmaprofessionalresources.com 215-706-2130 | Trade Payables | ☐ C ☑ U ☐ D | | | $68,554.00 |
| 26 | AXION OF PENNSYLVANIA LLC c/o WELLS FARGO CAPITAL FINANCE P O BOX 202056 DALLAS TX 75320-2056 | Ira Plutner iplutner@axionllc.com 212-847-2906 | Trade Payables | ☐ C ☑ U ☐ D | | | $64,949.00 |
| 27 | GENERAL HEALTHCARE RESOURCE 2250 HICKORY ROAD SUITE 240 PLYMOUTH MEETING PA 19462 | Lisa A. Schreiber lschreiber@ghresources.com 610-834-1122 Ext. 8 | Trade Payables | ☐ C ☑ U ☐ D | | | $58,690.00 |
| 28 | JUVENILE JUSTICE CNTR/PHILA 100 WEST COULTER STREET PHILADELPHIA PA 19144 | Richard Chapman chaprich@hotmail.com 215-849-2112 Ext. 5112 | Trade Payables | ☐ C ☑ U ☐ D | | | $49,364.00 |
| 29 | YOUTH SERVICE, INC 410 N 34th Street Philadelphia PA 19104 | Gwen Bailey gbailey@ysiphila.org 215-222-3262 X 27 | Trade Payables | ☐ C ☑ U ☐ D | | | $40,961.00 |
| 30 | ESTATE OF D.H. C/O STEPHEN MARINO, ESQ 301 WHARTON STREET PHILADELPHIA PA 19147 | STEPHEN MARINO, ESQ smarino@marinoassociates.net | Litigation | ☑ C ☑ U ☑ D | | | Undetermined |