IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Wordsworth Academy, | Case No. 17- |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Bankruptcy Rules 1007(a)(3), the following is a list entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| None. | | |

Dated: June 30, 2017

_____
Donald Stewart
Chief Financial Officer

119626499_1