UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth Academy, | : | Case No. 17-_____ (___) |
| | : | |
| Debtor. | : | (Joint Administration Requested) |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth CUA 5, LLC, | : | Case No. 17-_____ (___) |
| | : | |
| Debtor. | : | (Joint Administration Requested) |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth CUA 10, LLC, | : | Case No. 17-_____ (___) |
| | : | |
| Debtor. | : | (Joint Administration Requested) |
| | : | |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to F.R.B.P. 1007(a) and 7007.1(a), the Debtor hereby discloses that there are no entities to report.

Dated: June _30_, 2017

_____
Donald Stewart
Chief Financial Officer

119630122_1