*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                             Chapter: 11

   Wordsworth Academy

                Debtor(s)                 Bankruptcy No: 17–14463–amc

***O R D E R***

**AND NOW,** this 5th day of July, 2017 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      <u>Documents and Deadline</u>

      Atty Disclosure Statement due 7/14/2017
      Schedule A due 7/14/2017
      Schedule B due 7/14/2017
      Schedule D due 7/14/2017
      Schedule E due 7/14/2017
      Schedule F due 7/14/2017
      Schedule G due 7/14/2017
      Schedule H due 7/14/2017
      Statement of Financial Affairs due 7/14/2017
      Statistical Summary of Certain Liabilities Form B206 due 7/14/2017

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                           By the Court

                                                                        Ashely M. Chan
                                          Judge , United States Bankruptcy Court