UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth Academy, | : | Case No. 17-14463 (AMC) |
| | : | |
| Debtor. | : | (Joint Administration Requested) |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth CUA 5, LLC, | : | Case No. 17- 14466 |
| | : | |
| Debtor. | : | (Joint Administration Requested) |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Wordsworth CUA 10, LLC, | : | Case No. 17- 14467 |
| | : | |
| Debtor.[1] | : | (Joint Administration Requested) |
| | : | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Frank Cardona Hernandez, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 30th day of June, 2017, I caused a true and accurate copy of the:

   (i)  "Motion for Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral of Existing Secured Lender and Granting Adequate Protection for Use and (B) Prescribing Form and Manner of Notice and Setting the Time for the Final Hearing", along with the relevant exhibits (Docket No. 19), and the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Wordsworth Academy (9031); Wordsworth CUA 5, LLC (0983); and Wordsworth CUA 10, LLC (5980). Wordsworth Academy has an address at 3300 Henry Ave., Philadelphia, PA 19129.

(ii) "Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing them to Obtain Post-Petition Financing From Play and Learn Pursuant to Sections 363 and 364 of the Bankruptcy Code, (II) Authorizing them to Enter into the Debtor-in-Possession Credit Agreement, and (III) Granting Liens and Administrative Priority Claims to DIP Lender Pursuant to Section 364 of Bankruptcy Code and Modifying the Automatic Stay to Implement the Terms of the DIP Order", along with the relevant exhibits (Docket No. 20),

to be served via electronic mail delivery upon the parties as set forth in Exhibit 1, via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 3, attached hereto.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 3rd day of July, 2017 at Brooklyn, New York.

By _____
Frank Cardona Hernandez

Sworn before me this
3rd day of July, 2017

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6311173
COMM. EXP. September 14 2017

# EXHIBIT 1

**Wordsworth Academy, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 2                                                                                                06/30/2017 07:38:45 PM

| | | | |
|---|---|---|---|
| 000023P001-1369S-001<br>A SECOND CHANCE, INC.<br>DR. SHARON MCDANIEL<br>ATTN: JASON MILLER<br>8350 FRANKSTOWN AVENUE<br>PITTSBURGH PA 15221<br>SHARONM@ASECONDCHANCE-KINSHIP.COM | 000050P001-1369S-001<br>AXION OF PENNSYLVANIA LLC<br>IRA PLUTNER<br>C/O WELLS FARGO CAPITAL FINANCE<br>PO BOX 202056<br>DALLAS TX 75320-2056<br>IPLUTNER@AXIONLLC.COM | 000039P001-1369S-001<br>BETHANNA<br>RON SINGER - CFO<br>1030 SECOND STREET PIKE<br>SOUTHAMPTON PA 18966<br>RSINGER@BETHANNA.ORG | 000030P001-1369S-001<br>CARSON VALLEY CHILDREN'S AID<br>DIANE KIDDY<br>1419 BETHLEHEM PIKE<br>FLOURTOWN PA 19031<br>DKIDDY@CVCA-PA.ORG |
| 000026P001-1369S-001<br>CATHOLIC SOCIAL SRVS<br>JAMES BLACK<br>222 N. 17TH STREET<br>PHILADELPHIA PA 19103<br>JBLACK@CHS-ADPHILA.ORG | 000027P001-1369S-001<br>CHILD FIRST SERVICES<br>NATHANIEL WILLIAMS<br>718 ARCH STREET<br>5N<br>PHILADELPHIA PA 19106<br>PRESCEO@CHILDFIRSTSERVICES.ORG | 000028P001-1369S-001<br>CHILDREN'S CHOICE, INC.<br>DR. CAROLYN EBERWEIN<br>211 BENIGNO BLVD<br>BELLMAWR NJ 08031<br>CEBERWEIN@CHILDWAY.ORG | 000032P001-1369S-001<br>DELTA COMMUNITY SUPPORTS<br>DAVID WYHER<br>1777 SENTRY PARKWAY WEST<br>GWYNEDD HALL- SUITE 400<br>BLUE BELL PA 19422-2211<br>DWYHER@DELTAWEB.ORG |
| 000031P001-1369S-001<br>DEVEREUX FOUNDATION<br>CINDY BEEGLE<br>PO BOX 8538-122<br>PHILADELPHIA PA 19171<br>CBEEGLE@DEVEREUX.ORG | 000059P001-1369S-001<br>DUANE MORRIS LLP<br>JAMES J. HOLMAN<br>222 DELAWARE AVE STE 1600<br>WILMINGTON DE 19801-1659<br>JJHOLMAN@DUANEMORRIS.COM | 000022P001-1369S-001<br>ESTATE OF D.H.<br>C/O STEPHEN MARINO, ESQ<br>301 WHARTON STREET<br>PHILADELPHIA PA 19147<br>SMARINO@MARINOASSOCIATES.NET | 000034P001-1369S-001<br>FIRST HOME CARE<br>DR. GINA FUSCO<br>833 E. BUTLER AVE<br>DOYLESTOWN PA 18901<br>GINA.FUSCO@UHSINC.COM |
| 000057P001-1369S-001<br>FLASTER/GREENBERG P.C.<br>WILLIAM J. BURNETT, ESQ.<br>1201 N. ORANGE ST STE 301<br>WILMINGTON DE 19801<br>WILLIAM.BURNETT@FLASTERGREENBERG.COM | 000048P001-1369S-001<br>FMA PROFESSIONAL RESOURCES,INC<br>ANNE ROBERTSON<br>1916 OLD YORK ROAD<br>ABINGTON PA 19001<br>AROBERTSON@FMAPROFESSIONALRESOURCES.COM | 000044P001-1369S-001<br>FRIENDSHIP HOUSE<br>ALEX HAZZOURI<br>1509 MAPLE STREET<br>SCRANTON PA 18505<br>AHAZZOURI@FRIENDSHIPHOUSEPA.ORG | 000049P001-1369S-001<br>GENERAL HEALTHCARE RESOURCE<br>LISA A. SCHREIBER<br>2250 HICKORY ROAD<br>SUITE 240<br>PLYMOUTH MEETING PA 19462<br>LSCHREIBER@GHRESOURCES.COM |
| 000025P001-1369S-001<br>GEORGE JUNIOR REPUBLIC<br>RICHARD LOSASSO<br>233 GEORGE JUNIOR RD<br>P. O. BOX 1058<br>GROVE CITY PA 16127<br>RLOSASSO@GEORGEJUNIORREPUBLIC.ORG | 000033P001-1369S-001<br>JEWISH FAMILY & CHILDREN'S SERVICE<br>PAULA GOLDSTEIN<br>2100 ARCH STREET<br>PHILADELPHIA PA 19103<br>PGOLDSTEIN@JFCSPHILLY.ORG | 000043P001-1369S-001<br>JUVENILE JUSTICE CNTR/PHILA<br>RICHARD CHAPMAN<br>100 WEST COULTER STREET<br>PHILADELPHIA PA 19144<br>CHAPRICH@HOTMAIL.COM | 000024P001-1369S-001<br>LIST ASSOCIATES, L.P.<br>C/O STONEHENGE ADVISORS, INC.<br>FRAN DONATO<br>BLDG M-7, SUITE 400<br>PHILADELPHIA PA 19112<br>FRAN@CAP-SOL.COM |
| 000052P003-1369S-001<br>M&T BANK NA<br>IRENE A. NOVACK<br>797 EAST LANCASTER AVE<br>MC DE3-7309<br>VILLANOVA PA 19085<br>INOVACK@MTB.COM | 000035P001-1369S-001<br>NORTHEAST TREATMENT CENTERS INC.<br>KEVIN NOEL - CFO<br>499 N. 5TH STREET<br>PHILADELPHIA PA 19123<br>KEVIN.NOEL@NET-CENTERS.ORG | 000038P001-1369S-001<br>NORTHERN CHILDREN'S SERVICES<br>RENATA COBBS-FLETCHER<br>5301 RIDGE AVE<br>PHILADELPHIA PA 19128<br>RCOBBSFLETCHER@NORTHERNCHILDREN.ORG | 000007P002-1369S-001<br>Office of the U.S. Trustee<br>Kevin P Callahan<br>833 Chestnut Street<br>Suite 500<br>Philadelphia PA 19107<br>kevin.p.callahan@usdoj.gov |

**Wordsworth Academy, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                              06/30/2017 07:38:45 PM

| 000042P001-1369S-001 | 000041P001-1369S-001 | 000056P001-1369S-001 | 000056P001-1369S-001 |
|---|---|---|---|
| PRADERA CORPORATION | PROGRESSIVE LIFE CENTER, INC | REED SMITH LLP | REED SMITH LLP |
| NILDA RUIZ | LAURENCE JACKSON | PETER CLARK; JENNIFER KNOX | PETER CLARK; JENNIFER KNOX |
| 4301 RISING SUN AVE | 1704 17TH ST.NE | THREE LOGAN SQUARE | THREE LOGAN SQUARE |
| PHILADELPHIA PA 19140 | WASHINGTON DC 20002 | 1717 ARCH ST STE 3100 | 1717 ARCH ST STE 3100 |
| NILDA.RUIZ@APMPHILA.ORG | LAURENCE.JACKSON@PLCNTU.ORG | PHILADELPHIA PA 19103 | PHILADELPHIA PA 19103 |
|  |  | PCLARK@REEDSMITH.COM | JKNOX@REEDSMITH.COM |
| 000036P001-1369S-001 | 000040P001-1369S-001 | 000047P001-1369S-001 | 000046P001-1369S-001 |
| STAFFING PLUS, INC. | TABOR CHILDREN'S SERVICES | THE VILLA | US MEDICAL STAFFING, INC |
| ANNE HALEY | LARRY BUCHHOLZ - CFO | MICHAEL OGDEN | ERIC MATZKIN, CEO |
| 551 WEST LANCASTER AVENUE | 601 NEW BRITAIN RD | 1500 MARKET STREET | C/O WELLS FARGO BUSINESS CREDIT |
| SUITE 202 4TH FLOOR | DOYLESTOWN PA 18901 | 15 TH FLOOR | PO BOX 60839 |
| HAVERFORD PA 19041 | LARRY.BUCHHOLZ@TABOR.ORG | PHILADELPHIA PA 19102 | CHARLOTTE NC 28260 |
| AHALEY@STAFFINGPLUS.COM |  | MOGDEN@PHMC.ORG | EMATZKIN@USMEDICALSTAFFINGINC.COM |
| 000037P001-1369S-001 | 000045P001-1369S-001 | 000029P001-1369S-001 | 000053P001-1369S-001 |
| VALLEY YOUTH HOUSE | VISIONQUESTNEW | WOODS SERVICES | YOUTH SERVICE, INC |
| THOMAS HARRINGTON | BETH ANN ROSICA | NEIL JONES | GWEN BAILEY |
| 827-829 LINDEN STREET | PO BOX 536513 | PO BOX 36 | 410 N 34TH STREET |
| ALLENTOWN PA 18101 | PITTSBURGH PA 15253-5907 | LANGHORNE PA 19047 | PHILADELPHIA PA 19104 |
| THARRINGTON@VALLEYYOUTHHOUSE.ORG | BETH.ROSICA@VQ.COM | NJONES@WOODS.ORG | GBAILEY@YSIPHILA.ORG |

Records Printed :        36

# EXHIBIT 2

Case 17-14463-amc    Doc 43    Filed 07/05/17    Entered 07/05/17 17:23:52    Desc Main
Document      Page 6 of 12

# Wordsworth Academy, et al.
# Federal Express
# Exhibit Pages

Page # : 1 of 2                                                                                       06/30/2017 07:39:02 PM

| | | | |
|---|---|---|---|
| 000023P001-1369S-001<br>A SECOND CHANCE, INC.<br>DR. SHARON MCDANIEL<br>ATTN: JASON MILLER<br>8350 FRANKSTOWN AVENUE<br>PITTSBURGH PA 15221 | 000039P001-1369S-001<br>BETHANNA<br>RON SINGER - CFO<br>1030 SECOND STREET PIKE<br>SOUTHAMPTON PA 18966 | 000030P001-1369S-001<br>CARSON VALLEY CHILDREN'S AID<br>DIANE KIDDY<br>1419 BETHLEHEM PIKE<br>FLOURTOWN PA 19031 | 000026P001-1369S-001<br>CATHOLIC SOCIAL SRVS<br>JAMES BLACK<br>222 N. 17TH STREET<br>PHILADELPHIA PA 19103 |
| 000027P001-1369S-001<br>CHILD FIRST SERVICES<br>NATHANIEL WILLIAMS<br>718 ARCH STREET<br>5N<br>PHILADELPHIA PA 19106 | 000028P001-1369S-001<br>CHILDREN'S CHOICE, INC.<br>DR. CAROLYN EBERWEIN<br>211 BENIGNO BLVD<br>BELLMAWR NJ 08031 | 000020P001-1369S-001<br>CITY OF PHILADELPHIA LAW DEPT<br>OFFICE OF CHIEF COUNSEL<br>1515 ARCH ST<br>PHILADELPHIA PA 19102 | 000032P001-1369S-001<br>DELTA COMMUNITY SUPPORTS<br>DAVID WYHER<br>1777 SENTRY PARKWAY WEST<br>GWYNEDD HALL- SUITE 400<br>BLUE BELL PA 19422-2211 |
| 000058P001-1369S-001<br>DUANE MORRIS LLP<br>JAMES J. HOLMAN<br>30 SOUTH 17TH ST<br>PHILADELPHIA PA 19103-4196 | 000059P001-1369S-001<br>DUANE MORRIS LLP<br>JAMES J. HOLMAN<br>222 DELAWARE AVE STE 1600<br>WILMINGTON DE 19801-1659 | 000019P001-1369S-001<br>Department of Labor and Industry<br>Office of Chief Counsel<br>444 North Third Street<br>Suite 200<br>Philadelphia PA 19123 | 000022P001-1369S-001<br>ESTATE OF D.H.<br>C/O STEPHEN MARINO, ESQ<br>301 WHARTON STREET<br>PHILADELPHIA PA 19147 |
| 000034P001-1369S-001<br>FIRST HOME CARE<br>DR. GINA FUSCO<br>833 E. BUTLER AVE<br>DOYLESTOWN PA 18901 | 000055P001-1369S-001<br>FLASTER/GREENBERG P.C.<br>WILLIAM J. BURNETT, ESQ.<br>1835 MARKET ST STE 1050<br>PHILADELPHIA PA 19103 | 000057P001-1369S-001<br>FLASTER/GREENBERG P.C.<br>WILLIAM J. BURNETT, ESQ.<br>1201 N. ORANGE ST STE 301<br>WILMINGTON DE 19801 | 000048P001-1369S-001<br>FMA PROFESSIONAL RESOURCES,INC<br>ANNE ROBERTSON<br>1916 OLD YORK ROAD<br>ABINGTON PA 19001 |
| 000044P001-1369S-001<br>FRIENDSHIP HOUSE<br>ALEX HAZZOURI<br>1509 MAPLE STREET<br>SCRANTON PA 18505 | 000049P001-1369S-001<br>GENERAL HEALTHCARE RESOURCE<br>LISA A. SCHREIBER<br>2250 HICKORY ROAD<br>SUITE 240<br>PLYMOUTH MEETING PA 19462 | 000033P001-1369S-001<br>JEWISH FAMILY & CHILDREN'S SERVICE<br>PAULA GOLDSTEIN<br>2100 ARCH STREET<br>PHILADELPHIA PA 19103 | 000043P001-1369S-001<br>JUVENILE JUSTICE CNTR/PHILA<br>RICHARD CHAPMAN<br>100 WEST COULTER STREET<br>PHILADELPHIA PA 19144 |
| 000024P001-1369S-001<br>LIST ASSOCIATES, L.P.<br>C/O STONEHENGE ADVISORS, INC.<br>FRAN DONATO<br>BLDG M-7, SUITE 400<br>PHILADELPHIA PA 19112 | 000052P003-1369S-001<br>M&T BANK NA<br>IRENE A. NOVACK<br>797 EAST LANCASTER AVE<br>MC DE3-7309<br>VILLANOVA PA 19085 | 000035P001-1369S-001<br>NORTHEAST TREATMENT CENTERS INC.<br>KEVIN NOEL - CFO<br>499 N. 5TH STREET<br>PHILADELPHIA PA 19123 | 000038P001-1369S-001<br>NORTHERN CHILDREN'S SERVICES<br>RENATA COBBS-FLETCHER<br>5301 RIDGE AVE<br>PHILADELPHIA PA 19128 |
| 000007P002-1369S-001<br>Office of the U.S. Trustee<br>Kevin P Callahan<br>833 Chestnut Street<br>Suite 500<br>Philadelphia PA 19107 | 000017P001-1369S-001<br>Oklahoma Tax Commission<br>Office of the General Counsel, Bankruptcy Section<br>120 N. Robinson<br>Ste. 2000W<br>Oklahoma City OK 73102 | 000018P001-1369S-001<br>PA Department of Labor and Industry<br>Office of Chief Counsel<br>Labor and Industry Building<br>651 Boas Street<br>10th Floor<br>Harrisburg PA 17121 | 000021P001-1369S-001<br>PENNSYLVANIA ATTORNEY GENERAL<br>JOSH SHAPIRO<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120 |

**Wordsworth Academy, et al.**
**Federal Express**
**Exhibit Pages**

Page # : 2 of 2                                                                                                                    06/30/2017 07:39:02 PM

| | | | |
|---|---|---|---|
| 000042P001-1369S-001<br>PRADERA CORPORATION<br>NILDA RUIZ<br>4301 RISING SUN AVE<br>PHILADELPHIA PA 19140 | 000041P001-1369S-001<br>PROGRESSIVE LIFE CENTER, INC<br>LAURENCE JACKSON<br>1704 17TH ST.NE<br>WASHINGTON DC 20002 | 000008P001-1369S-001<br>Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>Department 280946<br>Harrisburg PA 17128-0946 | 000056P001-1369S-001<br>REED SMITH LLP<br>PETER CLARK; JENNIFER KNOX<br>THREE LOGAN SQUARE<br>1717 ARCH ST STE 3100<br>PHILADELPHIA PA 19103 |
| 000036P001-1369S-001<br>STAFFING PLUS, INC.<br>ANNE HALEY<br>551 WEST LANCASTER AVENUE<br>SUITE 202 4TH FLOOR<br>HAVERFORD PA 19041 | 000009P001-1369S-001<br>Securities & Exchange Commission<br>NE Regional Office<br>Woolworth Building<br>233 Broadway<br>Woolworth Building<br>New York NY 10279-0001 | 000013P001-1369S-001<br>Social Security Administration<br>Office of the General Counsel, Region III<br>300 Spring Garden Street<br>Philadelphia PA 19123 | 000040P001-1369S-001<br>TABOR CHILDREN'S SERVICES<br>LARRY BUCHHOLZ - CFO<br>601 NEW BRITAIN RD<br>DOYLESTOWN PA 18901 |
| 000047P001-1369S-001<br>THE VILLA<br>MICHAEL OGDEN<br>1500 MARKET STREET<br>15 TH FLOOR<br>PHILADELPHIA PA 19102 | 000010P001-1369S-001<br>Texas Workforce Commission<br>Bankruptcy Unit, Rm. 556<br>101 E. 15th St.<br>Austin TX 78778 | 000011P001-1369S-001<br>U.S. Attorney's Office<br>615 Chestnut Street<br>12th Floor<br>Philadelphia PA 19106 | 000012P001-1369S-001<br>U.S. Environmental Protection Agency<br>Bettina Dunn, Paralegal Specialist (3RC60)<br>Region III<br>1650 Arch Street<br>Office of Regional Counsel<br>Philadelphia PA 19103 |
| 000037P001-1369S-001<br>VALLEY YOUTH HOUSE<br>THOMAS HARRINGTON<br>827-829 LINDEN STREET<br>ALLENTOWN PA 18101 | 000053P001-1369S-001<br>YOUTH SERVICE, INC<br>GWEN BAILEY<br>410 N 34TH STREET<br>PHILADELPHIA PA 19104 | | |

Records Printed :          42

**Wordsworth Academy, et al.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                                                                                                    06/30/2017 08:16:21 PM

| | | | |
|---|---|---|---|
| 000866P001-1369A-007<br>BANK OF NY MELLON TRUST COMPANY NA<br>1600 MARKET ST<br>STE 1500<br>PHILADELPHIA PA 19103 | 000867P001-1369A-007<br>BANK OF NY TRUST COMPANY<br>601 TRAVIS ST<br>HOUSTON TX 77002 | 000850P001-1369A-007<br>CHARLES SCHWAB<br>PENNSYLVANIA CAPITAL MGMNT INC<br>2300 COMPUTER AVE<br>STE G01<br>WILLOW GROVE PA 19090-3548 | 000848P002-1369A-007<br>M&T BANK<br>LEGAL DEPT<br>ONE M&T PLZ<br>BUFFALO NY 14203 |
| 000849P001-1369A-007<br>TD BANK<br>LEGAL DEPT<br>1701 ROUTE 70 EAST<br>CHERRY HILL NJ 08304 | | | |

Records Printed :          5

# EXHIBIT 3

**Wordsworth Academy, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                 06/30/2017 07:39:20 PM

| | | | |
|---|---|---|---|
| 000050P001-1369S-001<br>AXION OF PENNSYLVANIA LLC<br>IRA PLUTNER<br>C/O WELLS FARGO CAPITAL FINANCE<br>PO BOX 202056<br>DALLAS TX 75320 | 000005P001-1369S-001<br>Attorney General of the United States<br>Ben Franklin Station<br>P. O. Box 227<br>Washington DC 20044- | 000015P001-1369S-001<br>California State Board of Equalization<br>Special Operations Bankruptcy Team, MIC: 74<br>PO Box 942879<br>Sacramento CA 94279 | 000016P001-1369S-001<br>California State Board of Equalization<br>Account Information Group, MIC:29<br>PO Box 942879<br>Sacramento CA 94279 |
| 000031P001-1369S-001<br>DEVEREUX FOUNDATION<br>CINDY BEEGLE<br>PO BOX 8538-122<br>PHILADELPHIA PA 19171- | 000014P001-1369S-001<br>Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento CA 95812 | 000025P001-1369S-001<br>GEORGE JUNIOR REPUBLIC<br>RICHARD LOSASSO<br>233 GEORGE JUNIOR RD<br>P. O. BOX 1058<br>GROVE CITY PA 16127- | 000006P001-1369S-001<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101 |
| 000046P001-1369S-001<br>US MEDICAL STAFFING, INC<br>ERIC MATZKIN, CEO<br>C/O WELLS FARGO BUSINESS CREDIT<br>PO BOX 60839<br>CHARLOTTE NC 28260- | 000045P001-1369S-001<br>VISIONQUESTNEW<br>BETH ANN ROSICA<br>PO BOX 536513<br>PITTSBURGH PA 15253 | 000029P001-1369S-001<br>WOODS SERVICES<br>NEIL JONES<br>PO BOX 36<br>LANGHORNE PA 19047- | |

Records Printed :        11

**Wordsworth Academy, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1  06/30/2017 08:16:35 PM

000868P001-1369A-007
HERITAGE BUSINESS SYSTEMS INC
PO BOX 35701
BILLINGS MT 59107-

Records Printed :  1