UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 11 |
|---|---|---|
| Wordsworth Academy, | : | Case No. 17-14463 (AMC) |
| Debtor. | : | (Joint Administration Requested) |
| In re: | : | Chapter 11 |
| Wordsworth CUA 5, LLC, | : | Case No. 17- 14466 |
| Debtor. | : | (Joint Administration Requested) |
| In re: | : | Chapter 11 |
| Wordsworth CUA 10, LLC, | : | Case No. 17- 14467 |
| Debtor.[1] | : | (Joint Administration Requested) |

**ORDER DIRECTING JOINT ADMINISTRATION
OF THE DEBTORS' RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors") for the entry of an order directing the joint administration of the Debtors' related Chapter 11 Cases; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Wordsworth Academy (9031); Wordsworth CUA 5, LLC (0983); and Wordsworth CUA 10, LLC (5980). Wordsworth Academy has an address at 3300 Henry Ave., Philadelphia, PA 19129.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

119621322_1

the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Debtors' Chapter 11 Cases.

4. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Wordsworth Academy, *et al.*,[1] | ) Case No. 17-14463 (AMC) |
| Debtors. | ) Jointly Administered |

5. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the Chapter 11 Cases of Wordsworth Academy, Wordsworth CUA 5, LLC and Wordsworth CUA 10, LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 17-14463 (AMC).

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Wordsworth Academy (9031); Wordsworth CUA 5, LLC (0983); and Wordsworth CUA 10, LLC (5980). Wordsworth Academy has an address at 3300 Henry Ave., Philadelphia, PA 19129.

119621322_1

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 6, 2017
Philadelphia, Pennsylvania

The Honorable Ashely M. Chan
United States Bankruptcy Judge

4

119621322_1