United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Wordsworth Academy
    Debtor

Case No. 17-14463-amc
Chapter 11

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Jul 05, 2017 |
| | Form ID: 130 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db          +Wordsworth Academy,   2101 Pennsylvania Avenue,   Ft. Washington, PA 19034-2994

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:

    ANNE M. AARONSON    on behalf of Debtor    Wordsworth Academy aaaronson@dilworthlaw.com,
     mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
    DANIEL R. UTAIN    on behalf of Creditor    List Associates, L.P. dutain@kaplaw.com,
     llapenna@kaplaw.com
    JEFFREY KURTZMAN    on behalf of Creditor    Unit Four Falls Center, L.P.
     Kurtzman@kurtzmansteady.com
    JENNIFER P. KNOX    on behalf of    M&T BANK jknox@reedsmith.com
    KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
    LAWRENCE G. MCMICHAEL    on behalf of Debtor    Wordsworth Academy lmcmichael@dilworthlaw.com,
     cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;cct@dilworthlaw.com;amelli-mirza@dilworthlaw.com;mferrier@dilworthlaw.com
    MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov,
     james.feighan@phila.gov
    PETER C. HUGHES    on behalf of Debtor    Wordsworth Academy phughes@dilworthlaw.com,
     mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM J. BURNETT    on behalf of Interested Party    Learn and Play t/a Play and Learn
     william.burnett@flastergreenberg.com,    william.burnett@ecf.inforuptcy.com
                                                                     TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  Chapter: 11

    Wordsworth Academy

        Debtor(s)  Bankruptcy No: 17−14463−amc

***O R D E R***

**AND NOW,** this 5th day of July, 2017 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Atty Disclosure Statement due 7/14/2017
    Schedule A due 7/14/2017
    Schedule B due 7/14/2017
    Schedule D due 7/14/2017
    Schedule E due 7/14/2017
    Schedule F due 7/14/2017
    Schedule G due 7/14/2017
    Schedule H due 7/14/2017
    Statement of Financial Affairs due 7/14/2017
    Statistical Summary of Certain Liabilities Form B206 due 7/14/2017

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

35
Form 130